██ In the Matter of HANCOCK & ESTABROOK, Respondent-Appellant. CONIFER BALDWINSVILLE ASSOCIATES, Appellant-Respondent, v TOWN OF VAN BUREN, Respondent. (And Six Other Proceedings.)—Order unanimously affirmed without costs for the reasons stated in the decision at Supreme Court, Hayes J. (Appeals from order of Supreme Court, Onondaga County, Hayes, J.—attorneys' fees.) Present—Doerr, J. P., Boomer, Lawton and Davis, JJ.

██ CALVIN W. KINNEY et al., Plaintiffs, v G. W. LISK COMPANY, INC., et al., Defendants and Third-Party Plaintiffs-Respondents. HUDSON STEEL FABRICATORS & ERECTORS, INC., Third-Party Defendant-Appellant.—Order and judgment unanimously affirmed with costs (see, Roblee v Corning Community Coll., 134 AD2d 803, lv denied 72 NY2d 803). (Appeals from order and judgment of Supreme Court, Monroe County, Boehm, J.—summary judgment; indemnification.) Present—Doerr, J. P., Boomer, Pine, Lawton and Davis, JJ.